```
FILED
CLERK U.S. DISTRICT COURT
AUG 11 2010
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY
```

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DARRYL EVERSOLE,<br><br>    Plaintiff,<br><br>vs.<br><br>SPRINGBOK, INC., doing business as SPRINGBOK BAR & GRILL, et al,<br><br>    Defendants. | Case No.: CV 09-09157<br>SVW (CTx)<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

**HAVING READ AND CONSIDERED THE STIPULATION FOR DISMISSAL WITH PREJUDICE,**

**IT IS HEREBY ORDERED:**

Pursuant to Federal Rules of Civil Procedure 41(a) (1) and (2), and Local Rule 7.2, Case Number CV09-09157 SVW is hereby dismissed in its entirety as to all parties and with prejudice. Each party shall bear its own costs and attorneys fees. The District Court retains jurisdiction over all disputes between (among) the parties arising out of the settlement agreement including, but not limited to, interpretation and enforcement of the terms of the settlement agreement.

DATED: 8/9/10

_____
Judge of the United States District Court